JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. WHITING,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA CIVIL RIGHTS DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-1032-JWH-RAO<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

     It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without leave to amend**.

     **IT IS SO ORDERED.**

DATED: May 19, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE